# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY** | : Case No.: 1:18-CV-00008 |
| Plaintiff, | : Judge: Michael A. Barrett |
| v. | : |
| **FARMERS ALLIANCE MUTUAL INSURANCE COMPANY.** | : |
| Defendant. | : |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The above-referenced matter having been fully compromised and settled, Plaintiff, Great American Insurance Company, and Defendant, Farmers Alliance Mutual Insurance Company, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of all claims in this matter, consistent with the terms of the Settlement Agreement entered into between the parties, with each party to bear its own costs and attorneys' fees.

Date: July 24, 2018                                                    Respectfully submitted,

/s/ *Rachael A. Rowe*                                                  /s/ *David P. Kamp* (Per 7/24/18 Email Approval)
Rachael A. Rowe (OH 0066823)                           David P. Kamp (OH 0020665)
Darcy A. Watt (OH 0092777)                                Jean Geoppinger McCoy (OH 0046881)
KEATING MUETHING & KLEKAMP PLL        WHITE, GETGY & MEYER CO., L.P.A.
One East Fourth Street, Suite 1400                       1700 Fourth & Vine Tower
Cincinnati, OH 45202                                                One West Fourth Street
Tel: (513) 579-6486                                                   Cincinnati, OH 45202
Fax: (513) 579-6457                                                  (513) 241-3685
E-mail: rrowe@kmklaw.com                               dkamp@wgmlpa.com
E-mail: dwatt@kmklaw.com                                jmccoy@wgmlpa.com
*Counsel for Plaintiff, Great American Insurance Company*   *Counsel for Defendant, Farmers Alliance Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Stipulation of Voluntary Dismissal With Prejudice was filed with the Court utilizing the CM/ECF system, which electronically sends notice to all parties of record, including counsel for Defendant: David P. Kamp and Jean Geoppinger McCoy, 1700 Fourth & Vine Tower, One West Fourth Street, Cincinnati, Ohio 45202, this 24th day of July, 2018.

/s/ *Rachael A. Rowe*
Rachael A. Rowe (OH 0066823)

8545037.1